UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JULIA WHITEFIELD, | § § § | |
| *Plaintiff*, | § | |
| v. | § § | EP-21-CV-00013-DCG |
| SCHUMACHER GP, LLC, | § § | |
| *Defendant*. | § § | |

### ORDER DISMISSING CASE

On January 29, 2021, Plaintiff Julia Whitefield filed a "Motion for Non-Suit" (ECF No. 6). Therein, Plaintiff requests to dismiss this action with prejudice because she wrongly named Defendant Schumacher GP, LLC as a party in this lawsuit. The Court construes Plaintiff's motion as a voluntary dismissal before answer under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, **IT IS ORDERED** that all claims in the above-captioned matter are **DISMISSED WITH PREJUDICE,** with all parties to bear their respective costs.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall **CLOSE** this case.

So ORDERED and SIGNED this 1st day of February 2021.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE